City of Rochester

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

John Campolieto
Municipal Attorney

RECEIVED

APR 3 0 2018

CHARLES J. SIRAGUSA
United States District Judge
Western District of New York

FILED MAY 16 2018 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

April 26, 2018

Hon Charles J. Siragusa
U.S. District Court Judge
100 State Street
Rochester, NY 14614

**Re:** **Tyquan Johnson v. City of Rochester, et al**
**Index Nos.: 17-cv-06229 and 17-cv-06490**

Dear Judge Siragusa:

On January 22, 2018, the City of Rochester received your Order requesting the City to identify the name and address of Officer #2330 in the Tyquan Johnson v. City of Rochester, et al, Index No. ***17-cv-62296*** matter. The City responded to your Order on February 21, 2018, naming Officer Daniel R. Rizzo. In addition, the City filed an Answer to Plaintiff's Amended Complaint on April 19, 2018.

The City then received an Order dated March 20, 2018 for the Tyquan Johnson v. City of Rochester, et al, Index No. ***2017-cv-06490*** matter. In response to the demand contained therein, the City has identified Defendant Officer #2279 as:

*Officer Josiah Harris*
*185 Exchange Blvd.*
*Rochester, New York 14614*

Once the City and Officer Josiah Harris are served, the City will promptly answer the Complaint.

Should you require any additional information, please do not hesitate to contact this office.

Very truly yours,

John Campolieto
Municipal Attorney

JMC/sjz

xc. Tyquan Johnson
    17-B-1104
    Clinton Correctional Facility
    Box 2001
    Dannemora, NY  12929